UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JACKY AZEMAR,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-5366-CAB-DDL

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Jacky Azemar's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he presented himself at the Paso Del Norte Port of Entry on October 19, 2024 and was paroled into the United States. [Petition at 2.] He was recently re-detained on September 15, 2026 while driving to a doctor's appointment. [*Id.*]

Respondents do not contest any of Petitioner's asserted facts. [Doc. No. 4.] Nor do Respondents allege that there has been a change of circumstances warranting Petitioner's detention. Indeed, Respondents acknowledge that "Petitioner was previously released from immigration custody on parole" and "have insufficient information regarding termination of that parole . . . to provide to the Court." [*Id.* at 2.] Respondents therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner Jacky Azemar under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge